**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Quincetta Y. Cargill,

Petitioner,

v.

Warden L. Molis, FCI Waseca,

Respondent.

Case No. 26-cv-3278 (JWB/LIB)

**REPORT AND RECOMMENDATION**

---

Pursuant to a general assignment made in accordance with 28 U.S.C. § 636, this matter comes before the undersigned United States Magistrate Judge upon review of Petitioner Quincetta Cargill's Petition for a writ of habeas corpus, [Docket No. 1], and her Motion for Temporary Restraining Orders, [Docket Nos. 5, 6].

In an Order dated September 2, 2026, this Court directed petitioner Quincetta Y. Cargill to pay the filing fee for this matter or apply for in forma pauperis ("IFP") status. (See Order [Docket No. 8]). Petitioner was given until September 21, 2026, to pay the filing fee or submit an IFP application, failing which it would be recommended that this action be dismissed without prejudice for failure to prosecute. (See Id.) (citing Fed. R. Civ. P. 41(b)).

That deadline has now passed, and Petitioner has not complied with this Court's prior Order or responded to that order in any way. Moreover, Petitioner has been on notice since July 13, 2026, that she would be required to pay the filing fee or apply for IFP status if she intended to prosecute this action. (See Letter [Docket No. 2]). More than two months later, Petitioner still has not done either of those things. Accordingly, this Court now recommends, consistent with the warning previously given to Petitioner, that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute. See Henderson v. Renaissance Grand Hotel, 267 F. App'x 496, 497 (8th Cir.

2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order."). The Court further recommends that Petitioner's pending Motions for a temporary restraining order may be denied as moot should this matter be dismissed for failure to prosecute.

Therefore, based upon the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED THAT**:

1. This action be **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(b) for failure to prosecute; and
2. Petitioner's Motions for a temporary restraining order, [Docket Nos. 5, 6] be **DENIED as moot**.

Dated: September 30, 2026

s/Leo I. Brisbois
Hon. Leo I. Brisbois
United States Magistrate Judge

**NOTICE**

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. See Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).